SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, | ) Case No. **2:10-cv-00250-FCD-KJM** |
| Plaintiff, | ) STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL APRIL 29, 2010 FOR DEFENDANT TRUCKSMART, INC. INDIVIDUALLY AND D/B/A TRUCKSMART TO RESPOND TO COMPLAINT |
| vs. | |
| Trucksmart, Inc. et. al., | |
| Defendants. | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Trucksmart, Inc. Individually and d/b/a Trucksmart, by and through, Scott N. Johnson; Trucksmart, Inc. (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Trucksmart, Inc.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

        Individually and d/b/a Trucksmart until March 30, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Trucksmart, Inc. Individually and d/b/a Trucksmart is granted an extension until April 29, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Trucksmart, Inc. Individually and d/b/a Trucksmarts' response will be due no later than April 29, 2010.

IT IS SO STIPULATED effective as of March 30, 2010

Dated:  March 30, 2010            By:John Brassfield Jr.
                                  Trucksmart, Inc.
                                  Individually and d/b/a
                                  Trucksmart
                                  PRO SE


Dated:  March 30, 2010            /s/Scott N. Johnson
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

1 **IT IS SO ORDERED:** that Defendant Trucksmart, Inc. Individually and d/b/a Trucksmart shall have until April 29, 2010 to respond to complaint.

Dated: March 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE