SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, | Case No. **2:10-cv-00250-FCD-KJM** |
| Plaintiff, | PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMEN; **ORDER** |
| vs. | |
| Trucksmart, Inc., et. al., | |
| Defendants. | Joint Status Conference Statement: April 23, 2010 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from April 23, 2010 to May 14, 2010.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint.  This complaint was filed on February 1, 2010; the 120 day time period for service would end on June 1, 2010.  Defendant John W. Brassfield, Sr. was served on February 13, 2010;

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT; ORDER

CIV: S-10-cv-00250-FCD-KJM - 1

Defendant Bedrosian Auburn, LLC was served on February 17, 2010 and Defendant Trucksmart, Inc. was served on February 23, 2010.  Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days service on all parties.  The joint status conference statement would be due April 23, 2010.  Plaintiff filed a Stipulation and Proposed Order on March 30, 2010 granting Defendant, Trucksmart, Inc., an extension of time to respond to the complaint until April 29, 2010.  This stipulation was signed by Defendant, John W. Brassfield, Jr., and Plaintiff believes an answer will be filed by Defendants, Trucksmart, Inc. and John W. Brassfield, Sr.  A continuance of the date for filing a joint status conference statement from April 23, 2010 to May 14, 2010 would give the Defendants time to file a response to Plaintiff's complaint.

Dated:  April 19, 2010            /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

///

///

///

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT; ORDER

CIV: S-10-cv-00250-FCD-KJM - 2

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to May 14, 2010.

DATED:   April 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE