UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.

TRUCKSMART, INC., et al.,

    Defendants.
_____/

NO. CIV. S-10-0250 FCD KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendants Trucksmart, Inc., and John W. Brassfield, Sr.

    In accordance with the provisions of Local Rule 160, dispositional documents, as to these two defendants, shall be filed on or before May 28, 2010. All dates/hearings set in this matter, as to these two defendants only, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: April 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE