SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>             Plaintiff,<br><br>      vs.<br><br><br>TRUCKSMART, INC., et al,<br><br>             Defendants. | Case No.: CIV.S-10-00250-FCD-KJM<br><br>**ORDER FOR DISMISSAL OF TRUCKSMART, INC.; and JOHN W. BRASSFIELD, SR.**<br><br>Complaint Filed:  FEBRUARY 1, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Trucksmart, Inc.; John W. Brassfield, Sr.) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants. Defendants (Trucksmart, Inc.; John W. Brassfield, Sr) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: May 28, 2010                                           /s/Scott N. Johnson_____
                                                                              SCOTT N. JOHNSON
                                                                              Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED:  June 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE